*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

June 23, 2015

No. 04-15-00342-CV

VILLA DIJON CONDOMINIUM ASSOCIATION, INC. AND IMPLICITY MANAGEMENT
COMPANY,
Appellants

v.

MARY WINTERS AND MILA CHEATOM,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

# ORDER

This court has determined that this dispute is appropriate for referral to an Alternative Dispute Resolution (ADR) procedure. *See* TEX. CIV. PRAC. & REM. CODE § 154.021 (Vernon 2005). All further communications with this court by the parties regarding ADR shall be directed to the Clerk of the Court for any assistance in the mediation process.

All parties are ORDERED to respond in writing by __July 13, 2015__ stating: (1) the name, address, and fee schedule of the mediator of their choice; or (2) that they cannot agree on a mediator, in which case the court will appoint one; or (3) any objection to mediation and the reasons for such objection. *See id.* § 154.022 (b).

Provided the parties submit to mediation, this court will issue an order suspending all appellate deadlines for forty-five (45) days in order that the parties may concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on June 23, 2015.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on June 23, 2015.

Keith E. Hottle, Clerk